JAMES A. MC DEVITT
United States Attorney
WILLIAM H. BEATTY
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767
Fax: (509) 353-2766

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PHILLIP G. LAWRENCE, ET AL., | |
| Plaintiff, | NO. CV-04-0203-EFS |
| vs. | PROTECTIVE ORDER |
| GALE NORTON, Secretary of the Department of the Interior, and the DEPARTMENT OF THE INTERIOR, | |
| Defendant. | |

Based upon the Stipulation for Entry of Protective Order entered into by the parties,

IT IS HEREBY ORDERED that:

1.  The information to be provided by DOI (hereinafter "DOI information") shall be deemed confidential. Right of access to this DOI information shall be limited to the parties or their attorneys and attorneys' immediate staff, or expert witnesses in their employ. All persons having access to this DOI information shall be informed that it is confidential and subject to a non-disclosure order.

2.  If DOI information is filed with the Court in connection with motions or other matters in this case, the parties will protect identifying information and other private information from disclosure. To the extent any identifying and/or private information must be disclosed to the Court, said information shall be designated as "Confidential" and filed under seal.

3. In the event that any DOI information is used in any court proceeding, it shall not lose its protected status through such use, and all parties shall take all steps reasonably required to protect its confidentiality during such use.

4. All copies of DOI information shall be destroyed within sixty (60) days of the conclusion of all trial and appellate proceedings.

5. In order to facilitate further exchanges of material that may be ordered by this Court or otherwise agreed upon, DOI and Plaintiff can designate such information by letter as subject to any Protective Order entered as a result of this Stipulation.

DATED this __19th__ day of October, 2005.

_s/ Edward F. Shea_
EDWARD F. SHEA
United States District Judge

Presented by:

_s/ William H. Beatty_
William H. Beatty
First Assistant United States Attorney
Attorney for Defendant
United States Attorney's Office
Post Office Box 1494
Spokane, Washington 99210-1494
(509) 353-2767(Tel)
(509) 353-2766(Fax)
USA-WAE-WBeatty

PROTECTIVE ORDER - 2
[P51004kd.WBlawrence]

# CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2005, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard B. Price, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: No Manual Recipients.

s/ William H. Beatty
William H. Beatty
First Assistant United States Attorney
Attorney for Defendant
United States Attorney's Office
Post Office Box 1494
Spokane, Washington 99210-1494
(509) 353-2767(Tel)
(509) 353-2766(Fax)
USA-WAE-WBeatty